FILED
2006 FEB 13 PM 4:05
RICHARD W. ...
CLERK
...

# United States District Court
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | Docket Number: CR 05-00498-01 WHA |
| Daniel Garcia-Ruiz ) | |

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for __February 14, 2006__ be continued until __March 9, 2006__ at __2:00 p.m.__ .

Date: 2-13-06

William Alsup
United States District Judge

NDC-PSR-009 12/06/04